NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENDO PHARMACEUTICALS INC.,**
*Plaintiff-Cross-Appellant*

**MALLINCKRODT LLC,**
*Plaintiff-Appellee*

**v.**

**AMNEAL PHARMACEUTICALS LLC, AMNEAL PHARMACEUTICALS OF NEW YORK LLC, TEVA PHARMACEUTICALS USA, INC., BARR LABORATORIES, INC.,**
*Defendants-Appellants*

**ACTAVIS LLC, fka Actavis Inc., ACTAVIS SOUTH ATLANTIC LLC, ACTAVIS PHARMA, INC., ACTAVIS ELIZABETH LLC, ACTAVIS HOLDCO U.S., INC., TEVA PHARMACEUTICALS USA, INC.,**
*Defendants-Appellees*

---

2017-1094, -1240, -1444, -1455, -1887

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:14-cv-01381-RGA, 1:14-cv-01382-RGA, and 1:14-cv-01389-RGA, Judge Richard G. Andrews.

---

**O R D E R**

The above-captioned appeals appear to be related.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The appeals are consolidated. The revised official caption is reflected above.

(2) Endo Pharmaceuticals Inc.'s opening brief addressing all of these appeals, and Mallinckrodt LLC's response brief, addressing only issues associated with 2017-1094, -1240, -1444, -1455, are due no later than May 1, 2017. Amneal Pharmaceuticals LLC et al.'s response/reply brief, addressing only issues associated with 2017-1094, -1240, -1444, -1455, and Actavis LLC et al.'s response brief, addressing only issues associated with 2017-1887, are due no later than June 12, 2017. Endo's reply brief is due no later than June 26, 2017.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32